HARRY W. WALBORSKY, Respondent, v. EMILE WOLF, Appellant.—

Concur —

Botein, P. J., Eager, Capozzoli, McGivern and Bastow, JJ.